No. 94–1257.   IN RE CONSTANT.   Petition for writ of mandamus and/or prohibition denied.

No. 94–7086.   IN RE GIBSON.   Petition for writ of prohibition denied.

No. 94–1039.   ROMER, GOVERNOR OF COLORADO, ET AL. *v.* EVANS ET AL.   Sup. Ct. Colo.   Motions of Family Defense Council and Colorado for Family Values for leave to file briefs as *amici curiae* granted.   Certiorari granted.

No. 93–9690.   FAIRCHILD *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 94–2.   MITSUBISHI INTERNATIONAL CORP. *v.* CARDINAL TEXTILE SALES, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 94–625.   D & G MARINE MAINTENANCE ET AL. *v.* KOLLIAS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 94–636.   ALVAREZ ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 94–637.   CRUZ *v.* PERRY, SECRETARY OF DEFENSE.   C. A. 9th Cir.   Certiorari denied.

No. 94–671.   LOPEZ-AMARO *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 11th Cir.   Certiorari denied.

No. 94–691.   GREGORY *v.* UNITED STATES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 94–785.   DEEB *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.